UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Dana Wheeler, et al.

  v.            Civil No. 10-cv-145-JD

HXI, LLC, et al.

**O R D E R**

  Before the court is Plaintiffs'/Defendants-in-Counterclaim Dana Wheeler and Radio Physics Solutions, Inc. (collectively referred to as "Plaintiffs") Emergency Motion for Extension of Time to Oppose Preliminary Injunction (document no. 27), and Plaintiffs' Emergency Motion for Limited Expedited Discovery (document no. 28).

  A telephone conference before the magistrate judge and the parties shall be scheduled on Tuesday, July 27, 2010, at 3:00 p.m., at which time the Plaintiffs' request for expedited discovery shall be addressed. The Plaintiffs' request for an extension of time to file an objection to the Defendants' request for preliminary injunction (document no. 27) is granted, and the court will decide the duration of that extension after the July 27 telephone conference.

  SO ORDERED.

                _____
                Landya B. McCafferty
                United States Magistrate Judge

Dated: July 23, 2010
cc: Laura E. Coltin, Esq.
   Benjamin H. Klein, Esq.
   Derek D. Lick, Esq.
   David J. Shlansky, Esq.
   Jeffrey S. Siegel, Esq.
   Mark M. Whitney, Esq.