UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Dana Wheeler, et al.</u>

        v.                       Civil No. 10-cv-145-JD

<u>HXI, LLC, et al.</u>

<u>O R D E R</u>

A Hearing on Defendant's Motion for Preliminary Injunction is currently scheduled for September 28, 2010. Pursuant to the parties Joint Assented to Motion to Continue and Extend Deadlines that was granted on August 24, 2010, an Objection to the Motion was due on September 17, 2010 and other deadlines in relation to this Motion and Hearing were established.

In following up on these deadlines, as the Court did not receive any of the ordered filings, the Clerk's Office was advised that the parties were still working on a settlement and/or a stay of the case. As no motion to this effect has been filed, the Court herewith is cancelling the motion hearing on September 28.

SO ORDERED.


September 24, 2010                      **/s/ Landya B. McCafferty**
                                                    Landya B. McCafferty
                                                    United States Magistrate Judge


cc:     Laura Ogden, Esq.
         Mark Whitney, Esq.
         Benjamin Klein, Esq.
         David Shlansky, Esq.
         Derek Lick, Esq.